**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6787**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JOHN J. KANARD,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:04-cr-00147-JAG-1)

Submitted:  September 9, 2021       Decided:  September 14, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John J. Kanard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Kanard appeals the district court's order denying his motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Kanard*, No. 3:04-cr-00147-JAG-1 (E.D. Va. Apr. 21, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*